UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re.

LEONARD SCOTT,

    Plaintiff.

No. C 11-5085 SI (pr)

**ORDER OF DISMISSAL**

This action was opened when the court received from plaintiff a letter with exhibits attached in which he stated he was writing to share information about the malfeasance of correctional staff at Kern Valley State Prison. There was, however, no complaint or petition included with the materials sent by plaintiff. In an effort to protect plaintiff's rights, his filing was docketed and a new action was opened for him. Plaintiff was notified that he had not filed a complaint or petition, and was informed that if he did not submit a complaint or petition using the case number for this action within thirty days, this action would be dismissed and the file would be closed. He also was notified that he had not filed an *in forma pauperis* application, and that the action would be dismissed if he did not submit a completed application within thirty days. Plaintiff later sent another letter further complaining about problems at Kern Valley State Prison, but did not file a complaint or submit an *in forma pauperis* application and the deadline by which to do so has long passed. This action therefore is DISMISSED without prejudice. No fee is due.

1  Plaintiff is informed that, if he wishes to complain about conditions of confinement at the
2  Kern Valley State Prison, he should file a civil rights complaint in the U.S. District Court for the
3  *Eastern* District of California in Sacramento, as that is the proper venue for a complaint about
4  conditions of confinement at that prison.
5  The clerk shall close the file.
6  IT IS SO ORDERED.
7  Dated: March 20, 2012

SUSAN ILLSTON
United States District Judge